IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 05-2018LRR |
| vs. ) | |
| CHARLES ANTHONY WATSON, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 27, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c), based upon the defendant's guilty plea entered on November 2, 2005, in which defendant consented to the forfeiture of any interest he had or has in the firearms alleged to be subject to forfeiture under the Forfeiture Allegation of the May 20, 2005, Indictment;

AND WHEREAS, on May 8, 2006, May 15, 2006, and May 22, 2006, the United States published notice of the forfeiture in the *Waterloo-Cedar Falls Courier*, a newspaper of general circulation in the area the firearms were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, the owner of the stolen .44 Desert Eagle firearm was contacted and did not file a claim to the firearm;

AND WHEREAS, no other third-party claims have been made for return of seized property against the firearms included in the Preliminary Order of Forfeiture entered on February 27, 2006.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Charles Watson, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

(a) a .357 Colt Lawman, serial no. J58001, and;

The following property possessed by Charles Watson, who is the subject of this Order, is hereby condemned and forfeited to the United States of America as follows:

(b) a stolen .44 Desert Eagle, serial no. 26500;

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms identified in paragraph 2 above.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 29 day of January, 2007.

Linda R. Reade
Chief Judge, U.S. District Court
Northern District of Iowa